WILLIAM McCLATCHY et al., Respondents, *v.* J. B. MALCOLM AND COMPANY, Appellant.

*McClatchy* v. *Malcolm & Co.*, 137 App. Div. 881, affirmed.
(Submitted February 28, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 25; 1909, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for an alleged breach of contract.

*E. W. Hamn* for appellant.

*M. A. Leary* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

JAMES KERNS, Respondent, *v.* CHARLES M. DAVENPORT, Appellant.

*Kerns* v. *Davenport*, 136 App. Div. 898, affirmed.
(Submitted February 28, 1911; decided March 14, 1911.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 5, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to purchase real property.

*Harry E. Lewis* for appellant.

*Meier Steinbrink* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.